1   COOLEY GODWARD KRONISH LLP
    CHARLES M. SCHAIBLE (Bar No. 173107)
2   101 California Street, Fifth Floor
    San Francisco, California 94111-5800
3   Telephone: 415.693.2000
    Facsimile: 415.693.2222
4   cschiable@cooley.com

5   Attorneys for Defendants
    E*TRADE SECURITIES LLC
6

7                        UNITED STATES DISTRICT COURT

8                       NORTHERN DISTRICT OF CALIFORNIA

9                          SAN FRANCISCO DIVISION

10

11  JOSH MANGINI,                        )
12                    Plaintiff,         )   Case No.  C 07 5264 SI
                                         )
13        v.                             )   E*TRADE'S REQUEST FOR JUDICIAL
                                         )   NOTICE [FED. R. EVID. 201]
14  E*TRADE SECURITIES LLC,              )
15  a Delaware Limited Liability Company,)
                                         )
16                    Defendant.         )
                                         )
17  _____)

18        Pursuant to Federal Rule of Evidence 201, Defendant E*TRADE Securities LLC

19  ("E*TRADE") hereby requests that the Court take judicial notice of a Broker Check Report issued

20  by the Financial Industry Regulatory Authority ("FINRA") (formerly the National Association of

21  Securities Dealers or NASD) stating that E*TRADE's principal place of business is 135 E. 57th

22  Street, New York, New York.  *See* Exhibit A.   Judicial notice is proper here because the facts

23  contained in the report are capable of accurate and ready determination by resort to sources,

24  including  FINRA's  website,  at  http://brokercheck.finra.org/Firm/FirmSummary.aspx,  whose

25  accuracy cannot reasonably be questioned.  *See* Fed. R. Evid. 201(b)(2).

26  ///

27  ///

28  ///

Dated:  October 16, 2007

COOLEY GODWARD KRONISH LLP

By: _Charles M. Schaible_
Charles M. Schaible

Attorneys for Defendants
E*TRADE SECURITIES LLC

Of Counsel:

Douglas P. Lobel
David A. Vogel
COOLEY GODWARD KRONISH LLP
11951 Freedom Drive, 16th Floor
Reston, Virginia 20190
Telephone:  703.456.8000
Facsimile:  703.456.8100

- 2

# EXHIBIT A

# BrokerCheck Report

# E*TRADE SECURITIES LLC

CRD# 29106

Report #54740-76296 generated on Tuesday, October 16, 2007.

| Section Title | Page(s) |
|---|---|
| Report Summary | 1 |
| Firm Profile | 2 - 7 |
| Firm History | 8 |
| Firm Operations | 9 - 21 |
| Disclosure of Arbitration Awards, Disciplinary, Financial, and Regulatory Events | 22 - 160 |
| About this BrokerCheck Report | 161 |





**Dear Investor:**

FINRA has generated the following BrokerCheck report for E*TRADE SECURITIES LLC. The information contained within this report has been provided by a FINRA brokerage firm(s) and securities regulators as part of the securities industry's registration and licensing process and represents the most current information reported to the Central Registration Depository (CRD®).

FINRA regulates the securities markets for the ultimate benefit and protection of the investor. FINRA believes the general public should have access to information that will help them determine whether to conduct, or continue to conduct, business with a FINRA member. To that end, FINRA has adopted a public disclosure policy to make certain types of information available to you. Examples of information FINRA provides include: regulatory actions, investment-related civil suits, customer disputes that contain allegations of sales practice violations against brokers, all felony charges and convictions, misdemeanor charges and convictions relating to securities violations, and financial events such as bankruptcies, compromises with creditors, judgments, and liens.

When evaluating this report, please keep in mind that it may include items that involve pending actions or allegations that may be contested and have not been resolved or proven. Such items may, in the end, be withdrawn or dismissed, or resolved in favor of the individual broker, or concluded through a negotiated settlement with no admission or finding of wrongdoing.

The information in this report is not the only resource you should consult. FINRA recommends that you learn as much as possible about the individual broker or firm from other sources, such as professional references, local consumer and investment groups, or friends and family members who already have established investment business relationships.

FINRA BrokerCheck is governed by federal law, Securities and Exchange Commission (SEC) regulations and FINRA rules approved by the SEC. State disclosure programs are governed by state law, and may provide additional information on brokers licensed by the state. Therefore, you should also consider requesting information from your state securities regulator. Refer to www.nasaa.org for a complete list of state securities regulators.

Thank you for using FINRA BrokerCheck.

 Using this site/information means that you accept the FINRA BrokerCheck Terms and Conditions. A complete list of Terms and Conditions can be found at

brokercheck.finra.org

 For additional information about the contents of this report, please refer to the User Guidance or www.finra.org/brokercheck. It provides a glossary of terms and a list of frequently asked questions, as well as additional resources. For more information about FINRA, visit www.finra.org.

**FINRA**

www.finra.org/brokercheck

User Guidance



# Report Summary for this Firm

## E*TRADE SECURITIES LLC

CRD# 29106

SEC# 8-44112

### Main Office Location

135 E. 57TH STREET
31ST FLOOR
NEW YORK, NY 10022
Regulated by FINRA New York Office

### Mailing Address

HARBORSIDE FINANCIAL CENTER
501 PLAZA II - 4TH FLOOR
JERSEY CITY, NJ 07311

The report summary provides an overview of the firm's background. The firm and a securities regulator(s) have provided the information contained in this report as part of the securities industry registration and licensing process. More detailed information for this firm can be found in the firm's PDF report. Select "View Full PDF Report" to view the detailed information about this firm. The information contained in this report was last updated by the firm via Uniform Application for Broker-Dealer Registration (Form BD), the Uniform Request for Broker-Dealer Withdrawal (Form BDW), or a securities regulator via a Uniform Disciplinary Action Reporting Form (Form U6) on 08/24/2007.

### Firm Profile

This firm is classified as a limited liability company.

This firm was formed in Delaware on 05/02/2002.

Its fiscal year ends in December.

### Firm History

Information relating to the firm's history such as Other Business Names, Other Business, and Successions (e.g., mergers or acquisitions) can be found in the firm's full PDF report.

### Firm Operations

This firm is registered with:

- the SEC
- 3 Self-Regulatory Organizations
- 52 U.S. states and territories

Is this brokerage firm currently suspended with any regulator?   **No**

This firm conducts 14 types of businesses.

This firm is affiliated with financial or investment institutions.

This firm has referral or financial arrangements with other brokers or dealers.

### Disclosure of Arbitration Awards, Disciplinary, Financial, and Regulatory Events

This section includes details regarding disclosure events reported by or about this firm to CRD as part of the securities industry registration and licensing process. Examples of such disclosure events range from disciplinary actions initiated by regulators to certain criminal charges and/or convictions, to financial disclosures such as bankruptcies, and summary information regarding arbitration awards involving securities and commodities disputes between public customers and FINRA-registered firms.

Are there any disclosures disclosed about this firm?   **Yes**

The following types of disclosures were reported:

Regulatory Event

Arbitration

©2007 FINRA. All rights reserved.   Report# 54740-76296 generated on Tuesday, October 16, 2007 about E*TRADE SECURITIES LLC



www.finra.org/brokercheck

# Firm Profile

This firm is classified as a limited liability company.

This firm was formed in Delaware on 05/02/2002.

Its fiscal year ends in December.

## Firm Names and Locations

This section includes details, as reported by the firm on Form BD, regarding the firm's full legal name, business and mailing addresses, the firm's "doing business as" name (i.e., "DBA" name) if different from the full legal name, and any other name by which the firm conducts business and where such name is used.

**E*TRADE SECURITIES LLC**
**Doing business as E*TRADE SECURITIES LLC**
**CRD#**  29106
**SEC#**  8-44112

**Regulated by FINRA New York Office**

**Main Office Location**
135 E. 57TH STREET
31ST FLOOR
NEW YORK, NY  10022

**Mailing Address**
HARBORSIDE FINANCIAL CENTER
501 PLAZA II - 4TH FLOOR
JERSEY CITY, NJ  07311

**Business Telephone Number**
646-521-4300

©2007 FINRA. All rights reserved.    Report# 54740-76296 generated on Tuesday, October 16, 2007 about E*TRADE SECURITIES LLC