| | |
|---|---|
| 1 | COOLEY GODWARD KRONISH LLP |
| | CHARLES M. SCHAIBLE (173107) |
| 2 | (cschaible@cooley.com) |
| | 101 California Street |
| 3 | 5th Floor |
| | San Francisco, CA 94111-5800 |
| 4 | Telephone: (415) 693-2000 |
| | Facsimile: (415) 693-2222 |
| 5 | |
| | Attorneys for Defendant |
| 6 | E*Trade Securities LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSH MANGINI, | Case No. C-07-5264 SI |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | |
| E*TRADE SECURITIES LLC, | |
| Defendant. | |

18  ///
19  ///
20  ///
21  ////
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1059350 v1/SF

1.

PROOF OF SERVICE
C-07-5264 SI

# PROOF OF SERVICE
## (FRCP 5)

I am a citizen of the United States and a resident of the State of California. I am employed in San Francisco County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is Cooley Godward Kronish LLP, 101 California Street, 5th Floor, San Francisco, California 94111-5800. On the date set forth below I served the documents described below in the manner described below:

- NOTICE TO PLAINTIFF OF REMOVAL TO FEDERAL COURT;
- NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§ 1332 & 1441;
- E*TRADE'S REQUEST FOR JUDICIAL NOTICE;
- CIVIL COVER SHEET;
- ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;
- CASE MANAGEMENT CONFERENCE ORDER;
- USDC NORTHERN CALIFORNIA ECF REGISTRATION INFORMATION HANDOUT;
- NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; AND
- USDC NORTHERN CALIFORNIA GUIDELINES

☐ (BY U.S. MAIL) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at San Francisco, California.

☐ (BY MESSENGER SERVICE) by consigning the document(s) to an authorized courier and/or process server for hand delivery on this date.

☐ (BY FACSIMILE) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of document(s) to be transmitted by facsimile and I caused such document(s) on this date to be transmitted by facsimile to the offices of addressee(s) at the numbers listed below.

☒ (BY OVERNIGHT MAIL) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of correspondence for overnight delivery, and I caused such document(s) described herein to be deposited for delivery to a facility regularly maintained by Federal Express for overnight delivery.

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1059356 v1/SF

1.

PROOF OF SERVICE
C-07-5264 SI

| | | |
|---|---|---|
| 1 | ☐ | (BY ELECTRONIC MAIL) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for the preparation and processing of documents in portable document format (PDF) for e-mailing, and I caused said documents to be prepared in PDF and then served by electronic mail to the parties listed below. |

on the following part(ies) in this action:

Richard L. Kellner
Brian S. Kabateck
KABATECK BROWN KELLNER LLP
644 So. Figueroa St.
Los Angeles, CA 90017

Executed on October 16, 2007, at San Francisco, California.

_____
Cynthia A. Cornell

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1059356 v1/SF

2.

PROOF OF SERVICE
C-07-5264 SI