COOLEY GODWARD KRONISH LLP
CHARLES M. SCHAIBLE (173107) (cschaible@cooley.com)
101 California Street
5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Attorneys for Defendant
E*TRADE SECURITIES LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSH MANGINI, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>E*TRADE SECURITIES LLC, a Delaware limited liability company,<br><br>Defendant. | Case No. C 07 5264 SI<br><br>**STIPULATION EXTENDING DEFENDANT'S TIME TO RESPOND TO COMPLAINT** |

**WHEREAS** this action was removed by Defendant from the Superior Court of the State of California, County of San Mateo, on October 16, 2007; and

**WHEREAS** Plaintiff reserves the right to move for remand; and

**WHEREAS** Defendant reserves the right to move to transfer; and

**WHEREAS** the parties agree that judicial economy will be served by extending Defendant's time to respond to the Complaint until any issues of jurisdiction or venue have been resolved; and

**WHEREAS** Local Rule 6.1(a) of this Court authorizes the parties "to stipulate in writing, without a Court order, to extend the time within which to answer or otherwise respond to the

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1.

STIPULATION EXTENDING DEFENDANT'S TIME
TO RESPOND TO COMPLAINT
CASE NO. C 07 5264 SI

complaint . . . provided the change will not alter the date of any event or any deadline already fixed by Court order"; and

WHEREAS this stipulation will not alter the date of any event or deadline fixed by Court order;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through counsel, that Defendant shall respond to the Complaint within 20 days after Plaintiff's motion for remand, if any, and Defendant's motion to transfer, if any, have been heard and decided by this Court.

Dated: October 19, 2007

COOLEY GODWARD KRONISH LLP

_____
Charles M. Schaible
Attorneys for Defendant
E*TRADE SECURITIES LLC

Dated: October 19, 2007

KABATECK BROWN KELLNER LLP

_____
Richard L. Kellner
Attorneys for Plaintiff
JOSH MANGINI

1059614 v1/SF

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2.

STIPULATION EXTENDING DEFENDANT'S TIME
TO RESPOND TO COMPLAINT
CASE NO. C 07 5264 SI