COOLEY GODWARD KRONISH LLP
CHARLES M. SCHAIBLE (173107) (cschaible@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone:   (415) 693-2000
Facsimile:   (415) 693-2222
COOLEY GODWARD KRONISH LLP

DOUGLAS P. LOBEL (*pro hac vice* admission pending)
DAVID A. VOGEL (*pro hac vice* admission pending)
11951 Freedom Drive
Reston, Virginia 20910
Telephone: 703.456.8000
Facsimile: 703.456.8100
dlobel@cooley.com | dvogel@cooley.com

Attorneys for Defendant
*E*TRADE Securities LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSH MANGINI, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>E*TRADE SECURITIES LLC, a Delaware limited liability company,<br><br>Defendant. | Case No.  C 07 5264 SI<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404**<br><br>Date:   December 21, 2007<br>Time:   9:00 a.m.<br>Judge:  Hon. Susan Ilston |

Defendant E*TRADE Securities LLC (E*TRADE's) motion under 28 U.S.C. § 1404 to transfer venue to the United States District Court for the Southern District of New York was heard on December 21, 2007.  Good cause appearing, **IT IS HEREBY ORDERED** that transfer to the U.S. District Court for the Southern District of New York is proper under 28 U.S.C. § 1404(a).

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1.

[PROPOSED] ORDER GRANTING MOTION TO
TRANSFER VENUE
CASE NO. C 07 5264 SI

Dated: November___, 2007

_____
Honorable Susan Ilston
United States District Court Judge

342803 v1/RE

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2.

[PROPOSED] ORDER GRANTING MOTION TO
TRANSFER VENUE
CASE NO. C 07 5264 SI