COOLEY GODWARD KRONISH LLP
CHARLES M. SCHAIBLE (Bar No. 173107)
101 California Street, Fifth Floor
San Francisco, California 94111-5800
Telephone: 415.693.2000
Facsimile: 415.693.2222
cschiable@cooley.com

COOLEY GODWARD KRONISH LLP
DOUGLAS P. LOBEL (*pro hac vice* admission pending)
DAVID A. VOGEL (*pro hac vice* admission pending)
11951 Freedom Drive
Reston, Virginia 20910
Telephone: 703.456.8000
Facsimile: 703.456.8100
dlobel@cooley.com | dvogel@cooley.com

Attorneys for Defendant
*E\*TRADE Securities LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSH MANGINI, <br><br> Plaintiff, <br><br> v. <br><br> E\*TRADE SECURITIES LLC, <br> a Delaware Limited Liability Company, <br><br> Defendant. | Case No. C 07 5264 SI <br><br> **DECLARATION OF DOUGLAS P. LOBEL IN SUPPORT OF DEFENDANT'S MOTION TO TRANSFER** <br><br> Date: December 21, 2007 <br> Time: 9:00 a.m. <br> Place: Courtroom 10 |

I, DOUGLAS P. LOBEL, DECLARE:

1. I am an attorney and a member of Cooley Godward Kronish LLP, counsel of record in this action for Defendant E\*TRADE Securities LLC ("E\*TRADE Securities"). I am a member of the bars of the District of Columbia, the Commonwealth of Virginia, the State of New York, and the State of Maryland. I submit this declaration in support of E\*TRADE Securities' Motion to Transfer. I have personal knowledge of the facts set out below and, if called as a witness, could and would testify competently to them.

2. Our firm's commercial litigation practice group in Reston, Virginia, is national litigation counsel for the E*TRADE group of companies, including E*TRADE Securities, in consumer class-action lawsuits. We have represented the E*TRADE entities in many consumer class-action lawsuits filed against them in the last few years. My colleague David A. Vogel and myself will be the lead counsel for E*TRADE Securities, assisted by counsel in our firm's other offices, such as Charles Schaible in our San Francisco office.

3. I am not aware of any other lawsuits at this time alleging the same or substantially similar claims that Mr. Mangini asserts in this matter. Based on our group's relationship with E*TRADE, I am certain that I would be aware of any other similar lawsuits if they were pending against E*TRADE. On that basis, I believe there are no other claims or lawsuits to be consolidated with this action.

4. Based on my years of experience in representing E*TRADE and researching issues of corporate citizenship, I can state affirmatively that E*TRADE Securities' headquarters and principle place of business is located in New York, New York.

5. I am attaching a "BrokerCheck Report" from FINRA recognizing that for each and every brokerage services company registered with FINRA. *See* http://brokercheck.finra.org/Firm/FirmSummary.aspx (relevant pages attached hereto as Exhibit 1). The BrokerCheck Report for E*TRADE Securities shows that its "main office" is located in New York City, and that FINRA's New York office has primary responsibility for regulating E*TRADE Securities.

6. If the case is transferred to New York City, it would be a convenient forum for the parties and their lawyers. E*TRADE's employees who have job responsibilities and knowledge relevant to this lawsuit are located in New York City. New York City is also relatively convenient to our firm as we have an office in New York City, and it is a quick trip from Northern Virginia.

7. Our group has other lawsuits pending in the U.S. District Court for the Southern District of New York ("S.D.N.Y."). It is our experience that discovery motions are often heard on the papers or by telephonic conference in the S.D.N.Y.

8. I am attaching a report from the Administrative Office of the U.S. Courts, stating statistics for various federal district courts. See http://www.uscourts.gov/caseload2006/tables/C05Mar06.pdf (attached hereto as Exhibit 2). It shows that for the latest data available (the 12-month period ending March 2006), the S.D.N.Y. had 8,631 cases, whereas the Northern District of California ("N.D. Cal.") had 4,487 cases. The statistics also show that the median time interval for resolving all cases is about equal for the S.D.N.Y. (8.9 months) and this district (9.2 months); the median time for cases resolved without court action have a median time of 8.6 months (S.D.N.Y.) to 6.9 months (N.D. Cal.); cases resolved before pretrial take 8.9 months (S.D.N.Y.) to 7.8 months (N.D. Cal.); resolved during or after pretrial are 12.4 months (S.D.N.Y.) to 12.7 months (N.D. Cal.), and through trial a median time of 23.0 months (S.D.N.Y.) to 27.5 months (N.D. Cal.).

9. The Internet home page for the S.D.N.Y. shows that it currently has 44 district judges. See http://www1.nysd.uscourts.gov/judges.php?show=district (attached hereto as Exhibit 3). The Internet home page for the N.D. Cal. shows that it currently has 18 district judges. See http://www.cand.uscourts.gov/cand/judges.nsf/0310082dc8b4b3f388256d48005ed6c5?OpenView (attached hereto as Exhibit 4).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed November 2, 2007, in Reston, Virginia.

*[signature]*

Douglas P. Lobel

342445♦RE

- 3 -