# Exhibit 1



**BrokerCheck Report**
**E*TRADE SECURITIES LLC**
CRD# 29106
Report #83113-52923 generated on Wednesday, October 31, 2007.

| Section Title | Page(s) |
| --- | --- |
| Report Summary | 1 |
| Firm Profile | 2 - 7 |
| Firm History | 8 |
| Firm Operations | 9 - 21 |
| Disclosure of Arbitration Awards, Disciplinary, Financial, and Regulatory Events | 22 - 160 |
| About this BrokerCheck Report | 161 |

![FINRA logo]

**Dear Investor:**

FINRA has generated the following BrokerCheck report for E*TRADE SECURITIES LLC. The information contained within this report has been provided by a FINRA brokerage firm(s) and securities regulators as part of the securities industry's registration and licensing process and represents the most current information reported to the Central Registration Depository (CRD®).

FINRA regulates the securities markets for the ultimate benefit and protection of the investor. FINRA believes the general public should have access to information that will help them determine whether to conduct, or continue to conduct, business with a FINRA member. To that end, FINRA has adopted a public disclosure policy to make certain types of information available to you. Examples of information FINRA provides include: regulatory actions, investment-related civil suits, customer disputes that contain allegations of sales practice violations against brokers, all felony charges and convictions, misdemeanor charges and convictions relating to securities violations, and financial events such as bankruptcies, compromises with creditors, judgments, and liens.

When evaluating this report, please keep in mind that it may include items that involve pending actions or allegations that may be contested and have not been resolved or proven. Such items may, in the end, be withdrawn or dismissed, or resolved in favor of the individual broker, or concluded through a negotiated settlement with no admission or finding of wrongdoing.

The information in this report is not the only resource you should consult. FINRA recommends that you learn as much as possible about the individual broker or firm from other sources, such as professional references, local consumer and investment groups, or friends and family members who already have established investment business relationships.

FINRA BrokerCheck is governed by federal law, Securities and Exchange Commission (SEC) regulations and FINRA rules approved by the SEC. State disclosure programs are governed by state law, and may provide additional information on brokers licensed by the state. Therefore, you should also consider requesting information from your state securities regulator. Refer to www.nasaa.org for a complete list of state securities regulators.

Thank you for using FINRA BrokerCheck.



Using this site/information means that you accept the FINRA BrokerCheck Terms and Conditions. A complete list of Terms and Conditions can be found at
brokercheck.finra.org



For additional information about the contents of this report, please refer to the User Guidance or www.finra.org/brokercheck. It provides a glossary of terms and a list of frequently asked questions, as well as additional resources. For more information about FINRA, visit www.finra.org.

www.finra.org/brokercheck



User Guidance

# E*TRADE SECURITIES LLC

CRD# 29106

SEC# 8-44112

**Main Office Location**

135 E. 57TH STREET
31ST FLOOR
NEW YORK, NY 10022
Regulated by FINRA New York Office

**Mailing Address**

HARBORSIDE FINANCIAL CENTER
501 PLAZA II - 4TH FLOOR
JERSEY CITY, NJ 07311

## Report Summary for this Firm

The report summary provides an overview of the firm's background. The firm and a securities regulator(s) have provided the information contained in this report as part of the securities industry registration and licensing process. More detailed information for this firm can be found in the firm's PDF report. Select "View Full PDF Report" to view the detailed information about this firm. The information contained in this report was last updated by the firm via Uniform Application for Broker-Dealer Registration (Form BD), the Uniform Request for Broker-Dealer Withdrawal (Form BDW), or a securities regulator via a Uniform Disciplinary Action Reporting Form (Form U6) on 08/24/2007.

**Firm Profile**

This firm is classified as a limited liability company.

This firm was formed in Delaware on 05/02/2002.

Its fiscal year ends in December.

**Firm History**

Information relating to the firm's history such as Other Business Names, Other Business, and Successions (e.g., mergers or acquisitions) can be found in the firm's full PDF report.

**Firm Operations**

This firm is registered with:

- the SEC
- 3 Self-Regulatory Organizations
- 52 U.S. states and territories

Is this brokerage firm currently suspended with any regulator?  **No**

This firm conducts 14 types of businesses.

This firm is affiliated with financial or investment institutions.

This firm has referral or financial arrangements with other brokers or dealers.

**Disclosure of Arbitration Awards, Disciplinary, Financial, and Regulatory Events**

This section includes details regarding disclosure events reported by or about this firm to CRD as part of the securities industry registration and licensing process. Examples of such disclosure events range from disciplinary actions initiated by regulators to certain criminal charges and/or convictions, to financial disclosures such as bankruptcies, and summary information regarding arbitration awards involving securities and commodities disputes between public customers and FINRA-registered firms.

Are there events disclosed about this firm?  **Yes**

The following types of disclosures were reported:

Regulatory Event

Arbitration



www.finra.org/brokercheck
User Guidance

# Firm Profile

This firm is classified as a limited liability company.

This firm was formed in Delaware on 05/02/2002.

Its fiscal year ends in December.

## Firm Names and Locations

This section includes details, as reported by the firm on Form BD, regarding the firm's full legal name, business and mailing addresses, the firm's "doing business as" name (i.e., "DBA" name) if different from the full legal name, and any other name by which the firm conducts business and where such name is used.

**E*TRADE SECURITIES LLC**
Doing business as **E*TRADE SECURITIES LLC**

CRD#   29106
SEC#   8-44112

**Main Office Location**
135 E. 57TH STREET
31ST FLOOR
NEW YORK, NY  10022
Regulated by FINRA New York Office

**Mailing Address**
HARBORSIDE FINANCIAL CENTER
501 PLAZA II - 4TH FLOOR
JERSEY CITY, NJ  07311

**Business Telephone Number**
646-521-4300

©2007 FINRA. All rights reserved.   Report# 83113-52923 generated on Wednesday, October 31, 2007 about E*TRADE SECURITIES LLC   2