# Exhibit 3

| U.S. District Judges | |
|---|---|
| Baer, Harold | Koeltl, John G. |
| Batts, Deborah A. | Kram, Shirley W. |
| Berman, Richard M. | Leisure, Peter K. |
| Brieant, Charles L. | Lynch, Gerard E. |
| Buchwald, Naomi R. | Marrero, Victor |
| Carter, Robert L. | McKenna, Lawrence M. |
| Castel, P. Kevin | McMahon, Colleen |
| Cedarbaum, Miriam G. | Owen, Richard |
| Chin, Denny | Patterson, Robert P. |
| Conner, William C. | Pauley, William H. |
| Cote, Denise L. | Preska, Loretta A. |
| Crotty, Paul A. | Rakoff, Jed S. |
| Daniels, George B. | Robinson, Stephen C. |
| Duffy, Kevin T. | Sand, Leonard B. |
| Griesa, Thomas P. | Scheindlin, Shira A. |
| Haight, Charles S. | Sprizzo, John E. |
| Hellerstein, Alvin K. | Stanton, Louis L. |
| Holwell, Richard J. | Stein, Sidney H. |
| Jones, Barbara S. | Sullivan, Richard J. |
| Kaplan, Lewis A. | Swain, Laura T. |

| | |
|---|---|
| Karas, Kenneth M. | Sweet, Robert W. |
| Keenan, John F. | Wood, Kimba M. Chief U.S. District Judge |

**500 Pearl Street, New York, New York 10007-1312 • 300 Quarropas Street, White Plains, New York 10601-4150**