# Exhibit 4



Local Rules
General Orders

| Judge ▲ | Initials ▲ |
|---|---|
| Alsup, Judge William | WHA |
| Armstrong, Judge Saundra B. | SBA |
| Brazil, Magistrate Judge Wayne D. | WDB |
| Breyer, Judge Charles R. | CRB |
| Chen, Magistrate Judge Edward M. | EMC |
| Chesney, Judge Maxine M. | MMC |
| Conti, Senior Judge Samuel | SC |
| Fogel, Judge Jeremy | JF |
| Hamilton, Judge Phyllis J. | PJH |
| Henderson, Senior Judge Thelton E. | TEH |
| Illston, Judge Susan | SI |
| James, Magistrate Judge Maria-Elena | MEJ |
| Jenkins, Judge Martin J. | MJJ |
| Jensen, Senior Judge D. Lowell | DLJ |
| Schwarzer, Senior Judge William W | WWS |
| Laporte, Magistrate Judge Elizabeth D. | EDL |
| Larson, Chief Magistrate Judge James | JL |
| Lloyd, Magistrate Judge Howard R. | HRL |
| Patel, Judge Marilyn Hall | MHP |
| Seeborg, Magistrate Judge Richard | RS |
| Spero, Magistrate Judge Joseph C. | JCS |
| Trumbull, Magistrate Judge Patricia V. | PVT |
| Vadas, Magistrate Judge Nandor J. | NJV |
| Chief Judge Vaughn R Walker | VRW |
| Ware, Judge James | JW |
| White, Judge Jeffrey S. | JSW |
| Whyte, Judge Ronald M. | RMW |
| Wilken, Judge Claudia | CW |
| Zimmerman, Magistrate Judge Bernard | BZ |

*Found 29 items.*