1  COOLEY GODWARD KRONISH LLP
   CHARLES M. SCHAIBLE (Bar No. 173107)
2  101 California Street, Fifth Floor
   San Francisco, California 94111-5800
3  Telephone:  415.693.2000
   Facsimile:  415.693.2222
4  cschiable@cooley.com

5  COOLEY GODWARD KRONISH LLP
   DOUGLAS P. LOBEL (*pro hac vice* admission pending)
6  DAVID A. VOGEL (*pro hac vice* admission pending)
   11951 Freedom Drive
7  Reston, Virginia 20910
   Telephone:  703.456.8000
8  Facsimile:  703.456.8100
   dlobel@cooley.com | dvogel@cooley.com

9  Attorneys for Defendant
10 *E*TRADE Securities LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSH MANGINI, | Case No. C 07 5264 SI |
| Plaintiff, | **DECLARATION OF JOHN MATOS IN SUPPORT OF DEFENDANT'S MOTION TO TRANSFER** |
| v. | |
| E*TRADE SECURITIES LLC, a Delaware Limited Liability Company, | Date:  December 21, 2007 |
| Defendant. | Time:  9:00 a.m. |
| | Place: Courtroom 10 |

John Matos hereby declares:

1. I am Vice President, Product Management, at E*TRADE Securities LLC ("E*TRADE"). I work in E*TRADE's New York office.

2. E*TRADE Securities' principle place of business and headquarters is located in New York, New York.

DECLARATION OF JOHN MATOS

3.    One of my responsibilities is to manage the product group for E*TRADE's Account Maintenance Fee ("AMF"), which we now call the Account Service Fee. I have overseen this product group for at least the last four years.

4.    All of E*TRADE's employees who have responsibilities for developing, managing, approving, and reviewing the AMF are located in New York.

5.    A product manager has the primary responsibility for managing the AMF, which means developing the criteria for applying it, the language in customer agreements, drafting notifications to customers as necessary, selecting the dates on which the AMF will be processed, approving its collection, and reviewing results to ensure they conform to our policies and requirements.

6.    We have had two product managers responsible for the AMF since 2003. They both work in our New York office.

7.    I and other executives at E*TRADE must approve decisions about the AMF policies and business logic, such as when and from whom it is collected. All of the executives involved in approving the AMF are located in New York.

8.    The product managers work with a team of people to process the AMF, meaning to ensure that the AMF is correctly implemented into our computer systems and correctly collected from customers' accounts. This team is not involved in management decisions about the AMF.

9.    Almost all of the individuals on this team work in E*TRADE's New York or Jersey City offices.

10.    Once the business logic for the AMF is decided each quarter, the New York team works with other E*TRADE employees and data facilities in Alpharetta, Georgia, to process the AMF each quarter. The Alpharetta employees apply the business logic to our customer database to identify the specific customer accounts each quarter that will be assessed the AMF. The New York product group manages the process, timing, and quality assurance efforts to ensure that the results are accurate.

DECLARATION OF JOHN MATOS

11. Besides the Alpharetta group, the New York team does work with two employees in California to identify a very small subset of other customers who are assessed the AMF. Once the business logic for the AMF is established in New York, these two individuals apply the logic to our database of customers of our product for stock plan administration. These customers are a small portion of the total number of customers assessed the AMF.

12. No decisions about the AMF are made by E*TRADE employees in California.

13. Through my job, I am familiar with the customer base for E*TRADE Securities' brokerage services. E*TRADE has millions of brokerage account customers located throughout the country.

14. Through my job in supervising and reviewing AMF assessments to customers, I am also aware of the general number of assessments per quarter and the types and locations of customer accounts to whom E*TRADE assessments the AMF.

15. I am informed that a class in this lawsuit could potentially include all customers who were assessed the AMF in the first calendar quarter in which they became eligible over the last few years. Based on my experience, I am confident that such a class would include customers throughout the United States and most likely in every state.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed November 2, 2007, in New York, New York.

_____
John Matos

342446♦RRE

DECLARATION OF JOHN MATOS