COOLEY GODWARD KRONISH LLP
CHARLES M. SCHAIBLE (173107) (cschaible@cooley.com)
101 California Street
5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Attorneys for Defendant
E*TRADE SECURITIES LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSH MANGINI, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>E*TRADE SECURITIES LLC, a Delaware limited liability company,<br><br>Defendant. | Case No. C 07 5264 SI<br><br>STIPULATION CONTINUING HEARING ON DEFENDANT'S MOTION TO TRANSFER<br><br>(LOCAL RULE 7.7) |

WHEREAS this action was removed by Defendant from the Superior Court of the State of California, County of San Mateo, on October 16, 2007; and

WHEREAS Defendant's Motion to Transfer is set for hearing on December 21, 2007; and

WHEREAS Plaintiff's Motion to Remand is set for hearing on January 25, 2008; and

WHEREAS the Initial Case Management Conference is set for hearing on January 25, 2008; and

WHEREAS the parties have agreed that, for reasons of judicial and party economy, Defendant's Motion to Transfer should also be heard on January 25, 2008;

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between the parties,

through counsel, pursuant to Local Rule 7.7, that the hearing on Defendant's Motion to Transfer is continued to January 25, 2008.

Dated: December 11, 2007

COOLEY GODWARD KRONISH LLP

_____
Charles M. Schaible
Attorneys for Defendant
E*TRADE SECURITIES LLC

Dated: December 10, 2007

KABATECK BROWN KELLNER LLP

_____
Richard L. Kellner
Attorneys for Plaintiff
JOSH MANGINI

1066911 v1/SF