1    COOLEY GODWARD KRONISH LLP
     CHARLES M. SCHAIBLE (173107) (cschaible@cooley.com)
2    101 California Street
     5th Floor
3    San Francisco, CA 94111-5800
     Telephone:    (415) 693-2000
4    Facsimile:    (415) 693-2222

5    Attorneys for Defendant
     E*TRADE SECURITIES LLC
6

7

8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10                             SAN FRANCISCO DIVISION

11

12   JOSH MANGINI, on behalf of himself and all        Case No.  C 07 5264 SI
     others similarly situated,
13                                                      **STIPULATION CONTINUING HEARING ON**
                          Plaintiff,                    **DEFENDANT'S MOTION TO TRANSFER**
14
          v.                                            **(LOCAL RULE 7.7)**
15
     E*TRADE SECURITIES LLC, a Delaware
16   limited liability company,

17                        Defendant.

18

19          **WHEREAS** this action was removed by Defendant from the Superior Court of the State

20   of California, County of San Mateo, on October 16, 2007; and

21          **WHEREAS** Defendant's Motion to Transfer is set for hearing on December  21, 2007;

22   and

23          **WHEREAS** Plaintiff's Motion to Remand is set for hearing on January 25, 2008; and

24          **WHEREAS** the Initial Case Management Conference is set for hearing on January 25,

25   2008; and

26          **WHEREAS**  the parties have agreed that, for reasons of judicial and party economy,

27   Defendant's Motion to Transfer should also be heard on January 25, 2008;

28          **NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between the parties,

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1.                    STIPULATION TO CONTINUE HEARING
                                                        CASE NO. C 07 5264 SI

1  through counsel, pursuant to Local Rule 7.7, that the hearing on Defendant's Motion to Transfer

2  is continued to January 25, 2008.

3

4  Dated: December 11, 2007              COOLEY GODWARD KRONISH LLP

5

6

7                                        Charles M. Schaible
                                         Attorneys for Defendant
8                                        E*TRADE SECURITIES LLC

9

10  Dated: December 10, 2007            KABATECK BROWN KELLNER LLP

11

12

13                                       Richard L. Kellner
                                         Attorneys for Plaintiff
14                                       JOSH MANGINI

15  1066911 v1/SF

16

17

18

19                        IT IS SO ORDERED

20

21                        Judge Susan Illston

22

23

24

25

26

27

28

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2.

STIPULATION TO CONTINUE HEARING
CASE NO. C 07 5264 SI