1  COOLEY GODWARD KRONISH LLP
   CHARLES M. SCHAIBLE (173107) (cschaible@cooley.com)
2  101 California Street
   5th Floor
3  San Francisco, CA 94111-5800
   Telephone:    (415) 693-2000
4  Facsimile:    (415) 693-2222

5  Attorneys for Defendant
   E*TRADE SECURITIES LLC
6

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

12  JOSH MANGINI, on behalf of himself and all   |  Case No. C 07 5264 SI
    others similarly situated,
13                                                |  **STIPULATION CONTINUING CASE
                    Plaintiff,                    |  MANAGEMENT CONFERENCE**
14
         v.                                       |  **(CIVIL LOCAL RULES 16.2(E) AND 7.12)**
15
    E*TRADE SECURITIES LLC, a Delaware
16  limited liability company,

17                  Defendant.

18

19      **WHEREAS** this action was removed by Defendant from the Superior Court of the State

20  of California, County of San Mateo, on October 16, 2007; and

21      **WHEREAS** Defendant's Motion to Transfer is set for hearing on January 25, 2008; and

22      **WHEREAS** Plaintiff's Motion to Remand is set for hearing on January 25, 2008; and

23      **WHEREAS** the Initial Case Management Conference is also set for hearing on January

24  25, 2008; and

25      **WHEREAS** if either of the pending motions is granted, any Case Management Order

26  entered as a result of the scheduled Case Management Conference will likely be vacated by the

27  Court; and

28      **WHEREAS** for reasons of judicial economy and the convenience of the parties and of the

1 | Court, the parties have agreed to request that the Case Management Conference be continued;

2 | **NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between the parties, through counsel, pursuant to Civil Local Rule 16.2, that, with the approval of the Court, the initial Case Management Conference is continued from January 25, 2008, until a date not earlier than 15 days after entry by the Court of an Order on the pending motions.

Dated: December ___, 2007

COOLEY GODWARD KRONISH LLP

_____
Charles M. Schaible
Attorneys for Defendant
E*TRADE SECURITIES LLC

Dated: December 27, 2007

KABATECK BROWN KELLNER LLP

_____
Richard L. Kellner
Attorneys for Plaintiff
JOSH MANGINI

PURSUANT TO STIPULATION, IT IS SO ORDERED.

January ___, 2008

_____
Honorable Susan Illston
Judge of the United States District Court

1062136 v1/SF

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2.

STIPULATION TO CONTINUE CMC
CASE NO. C 07 5264 SI

1. Court, the parties have agreed to request that the Case Management Conference be continued;

2. **NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between the parties, through counsel, pursuant to Civil Local Rule 16.2, that, with the approval of the Court, the initial Case Management Conference is continued from January 25, 2008, until a date not earlier than 15 days after entry by the Court of an Order on the pending motions.

Dated: December **27**, 2007             COOLEY GODWARD KRONISH LLP

_____
Charles M. Schaible
Attorneys for Defendant
E*TRADE SECURITIES LLC

Dated: December ___, 2007             KABATECK BROWN KELLNER LLP

_____
Richard L. Kellner
Attorneys for Plaintiff
JOSH MANGINI

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

January ___, 2008            _____
Honorable Susan Ilston
Judge of the United States District Court

1069116 v1/SF