1  COOLEY GODWARD KRONISH LLP
   CHARLES M. SCHAIBLE (Bar No. 173107)
2  101 California Street, Fifth Floor
   San Francisco, California 94111-5800
3  Telephone: 415.693.2000
   Facsimile: 415.693.2222
4  cschiable@cooley.com

5  COOLEY GODWARD KRONISH LLP
   DOUGLAS P. LOBEL (*pro hac vice* admission pending)
6  DAVID A. VOGEL (*pro hac vice* admission pending)
   11951 Freedom Drive
7  Reston, Virginia 20910
   Telephone: 703.456.8000
8  Facsimile: 703.456.8100
   dlobel@cooley.com | dvogel@cooley.com
9
   Attorneys for Defendant
10 *E*TRADE Securities LLC*

11

                          UNITED STATES DISTRICT COURT
12
                         NORTHERN DISTRICT OF CALIFORNIA
13
                              SAN FRANCISCO DIVISION
14

15

16 JOSH MANGINI,                         )
                                         )  Case No. C 07 5264 SI
17            Plaintiff,                 )
                                         )  **DECLARATION OF JOHN MATOS
18     v.                                )  IN SUPPORT OF DEFENDANT'S
                                         )  OPPOSITION TO PLAINTIFF'S
19 E*TRADE SECURITIES LLC,               )  MOTION TO REMAND**
   a Delaware Limited Liability Company, )
20                                       )  Date:  January 25, 2008
              Defendant.                 )  Time:  9:00 a.m.
21                                       )  Place: Courtroom 10

22

23        John Matos hereby declares:

24        1.     I am Vice President, Product Management, at E*TRADE Securities LLC

25 ("E*TRADE"). I work in E*TRADE's New York office. I provide this Declaration in support of

26 E*TRADE's Opposition to Plaintiff's Motion to Remand.

27

28

---

349039 v2/RE
01/04/08 3:03 PM

                           DECLARATION OF JOHN MATOS

2. My responsibilities include supervising and reviewing E*TRADE's assessment to customers of an account maintenance fees ("AMF"), also called the account service fee ("ASF").

3. E*TRADE has charged the ASF to customers since at least the first quarter of 2001. E*TRADE has charged the ASF in every calendar quarter since that time.

4. The ASF is typically assessed in the last few days of each calendar quarter – that is, late March, late June, late September, and late December.

5. The most recent ASF assessment was made in late December 2007 for the fourth quarter of 2007. E*TRADE assessed the ASF on a total of 372,674 accounts.

6. I supervised my staff's analysis of the actual data for this assessment. E*TRADE examined the data for these ASF charges, and identified the number of customers who at some point in the fourth quarter of 2007 had been E*TRADE customers for exactly 12 months. (I am informed that this is the plaintiff's definition of the class in this lawsuit.) The actual number of customers that met this condition is 9,247.

7. This actual data means that, for the fourth quarter of 2007, 2.48% of the accounts charged the ASF were accounts that could potentially be class members in this lawsuit.

8. Because data for earlier quarters is not easily determinable and would require expenditure of enormous time and resources to obtain, I applied the 2.48% factor to earlier quarters. I believe that this is a reasonable approximation of the percentage of class members in each of these prior quarters. I am not aware of any reason that the percentage of class members in each quarter (compared to the total number of accounts assessed the ASF) would be any different or, in particular, any lower than 2.48%.

9. Applying the 2.48% figure to the actual number of ASF assessments back through the second quarter of 2005, I estimate the number of potential class members per quarters as follows:

- 2 -

DECLARATION OF JOHN MATOS

| Quarter | Potential Class Members |
|---|---|
| 3Q07 | 9,420 |
| 2Q07 | 9,845 |
| 1Q07 | 10,190 |
| 4Q06 | 10,011 |
| 3Q06 | 10,634 |
| 2Q06 | 10,920 |
| 1Q06 | 11,504 |
| 4Q05 | 9,951 |
| 3Q05 | 10,969 |
| 2Q05 | 11,611 |

10. Based on this data, the average number of class members per quarter between 2Q05 to 4Q07 is 10,391.

11. The data for ASF charges for quarters before the second quarter of 2005 is stored in archives and is not readily retrievable without expending enormous time and effort. However, I believe it is very reasonable to apply the above average (for the period of 2Q05 to 4Q07) to the earlier quarters of 3Q01 through 1Q05, for several reasons.

12. First, the data trends higher as one looks farther back in time. This means that the average figures I calculated above are conservative, and if E*TRADE could at this time readily retrieve the actual data available for earlier quarters, the average certainly would be higher.

13. Second, I am unaware of any reasons that the data would be lower for prior quarters. E*TRADE's brokerage business has grown enormously and has been an industry leader since well before 2001, so I would not expect the quarterly figures for ASF charges or the number of new customers to be lower in years back to 2001.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed January 4, 2008, in New York, New York.

*John Matos* (signature)

John Matos