1  COOLEY GODWARD KRONISH LLP
   CHARLES M. SCHAIBLE (173107) (cschaible@cooley.com)
2  101 California Street
   5th Floor
3  San Francisco, CA 94111-5800
   Telephone:  (415) 693-2000
4  Facsimile:  (415) 693-2222

5  Attorneys for Defendant
   E*TRADE SECURITIES LLC
6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                         SAN FRANCISCO DIVISION

11

12 | JOSH MANGINI, on behalf of himself and all others similarly situated, | Case No. C 07 5264 SI
13 | | **STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE**
   | Plaintiff, |
14 | |
   | v. | **(CIVIL LOCAL RULES 16.2(E) AND 7.12)**
15 | |
   | E*TRADE SECURITIES LLC, a Delaware limited liability company, |
16 | |
17 | Defendant. |

18

19     **WHEREAS** this action was removed by Defendant from the Superior Court of the State
20 of California, County of San Mateo, on October 16, 2007; and
21     **WHEREAS** Defendant's Motion to Transfer is set for hearing on January 25, 2008; and
22     **WHEREAS** Plaintiff's Motion to Remand is set for hearing on January 25, 2008; and
23     **WHEREAS** the Initial Case Management Conference is also set for hearing on January
24 25, 2008; and
25     **WHEREAS** if either of the pending motions is granted, any Case Management Order
26 entered as a result of the scheduled Case Management Conference will likely be vacated by the
27 Court; and
28     **WHEREAS** for reasons of judicial economy and the convenience of the parties and of the

Court, the parties have agreed to request that the Case Management Conference be continued;

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between the parties, through counsel, pursuant to Civil Local Rule 16.2, that, with the approval of the Court, the initial Case Management Conference is continued from January 25, 2008, until a date not earlier than 15 days after entry by the Court of an Order on the pending motions.

Dated: December ___, 2007                COOLEY GODWARD KRONISH LLP


_____
Charles M. Schaible
Attorneys for Defendant
E*TRADE SECURITIES LLC


Dated: December 27, 2007                KABATECK BROWN KELLNER LLP


_____
Richard L. Kellner
Attorneys for Plaintiff
JOSH MANGINI


PURSUANT TO STIPULATION, IT IS SO ORDERED.

January ___, 2008                _____
                                 Honorable Susan Illston
                                 Judge of the United States District Court

The case management conference shall be continued to 3/7/08 @ 2 p.m.

1  Court, the parties have agreed to request that the Case Management Conference be continued;

2  **NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between the parties,

3  through counsel, pursuant to Civil Local Rule 16.2, that, with the approval of the Court, the initial

4  Case Management Conference is continued from January 25, 2008, until a date not earlier than 15

5  days after entry by the Court of an Order on the pending motions.

7  Dated: December 27, 2007                    COOLEY GODWARD KRONISH LLP

9  _____
10  Charles M. Schaible
    Attorneys for Defendant
11  E*TRADE SECURITIES LLC

13  Dated: December ___, 2007                   KABATECK BROWN KELLNER LLP

16  _____
    Richard L. Kellner
    Attorneys for Plaintiff
17  JOSH MANGINI

20  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

22  January ___, 2008                    _____
                                         Honorable Susan Illston
23                                       Judge of the United States District Court

1069116 v1/SF