RICHARD L. KELLNER, SBN 171416
(rlk@kbklawyers.com)
KABATECK BROWN KELLNER LLP
644 South Figueroa Street
Los Angeles, California 90017
Telephone: (213) 217-5000
Facsimile: (213) 217-5010

Attorneys for Plaintiff JOSH MANGINI,
on Behalf of Himself and All Others
Similarly Situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSH MANGINI, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>E*TRADE SECURITIES L.L.C., a Delaware Limited Liability Company; and Does 1 through 250, inclusive,<br><br>Defendants. | CASE NO. C 07 5264 SI<br><br>**DECLARATION OF RICHARD L. KELLNER IN SUPPORT OF REPLY BRIEF IN SUPPORT PLAINTIFF'S MOTION TO REMAND**<br><br>Action Filed: September 13, 2007<br>Hearing Date: January 25, 2008<br>Department 8<br>Judge: Hon. Susan Ilston |

**DECLARATION OF RICHARD L. KELLNER**

I, Richard L. Kellner, declare as follows:

1.  I am a partner with Kabateck Brown Kellner LLP, one of the counsel for Plaintiffs and the proposed classes. I am licensed to practice before all of the Courts of the State of California and am admitted to practice before the United States District Court for the Northern District of California. I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify as such.

---

DECLARATION OF RICHARD L. KELLNER ISO PLAINTIFF'S REPLY BRIEF

2. Attached hereto as Exhibit "A" is a true and correct copy of excerpts of E*Trade Financial Corporation's 10-K annual filing for the year ended December 31, 2005. Exhibit "A" contains a statement describing the changes in E*Trade's Account Maintenance Fee and a statement describing the growth in the number of brokerage accounts for 2005.

3. Attached hereto as Exhibit "B" is a true and correct copy of excerpts of E*Trade Financial Corporation's 10-K annual filing for the year ended December 31, 2004. Exhibit "B" contains the number of active brokerage accounts at the end of 2002 and 2003.

4. Attached hereto as Exhibit "C" is a true and correct print out of of excerpts of E*Trade Financial Corporation's 10-K annual filing for the year ended December 31, 2002. Exhibit "C" contains the number of active brokerage accounts at the end of 2001 and 2002.

I declare under penalty of perjury according to the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on this 16th day of November, 2007, at Los Angeles, California.

_____
RICHARD L. KELLNER

— 2 —
DECLARATION OF RICHARD L. KELLNER ISO PLAINTIFF'S REPLY BRIEF

**Exhibit "A"**

Case 3:07-cv-05264-SI   Document 28   Filed 01/11/2008   Page 3 of 12

Case 3:07-cv-05264-SI   Document 28   Filed 01/11/2008   Page 4 of 12

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

# FORM 10-K

*(Mark One)*

ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934 FOR THE FISCAL YEAR ENDED DECEMBER 31, 2005.

or

TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934 FOR THE TRANSITION PERIOD FROM ＿ TO ＿.

Commission file number 1-11921

# E*TRADE Financial Corporation

*(Exact name of registrant as specified in its charter)*

| Delaware | 94-2844166 |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification Number) |

135 East 57th Street, New York, New York 10022

*(Address of principal executive offices and zip code)*

(646) 521-4300

*(Registrant's telephone number, including area code)*

Securities Registered Pursuant to Section 12(b) of the Act:

**Title of each class**

Common Stock—$0.01 par value

Mandatory Convertible Notes

Securities Registered Pursuant to Section 12(g) of the Act:

None

Indicate by check mark if the registrant is a well-known seasonal issuer, as defined in Rule 405 of the Securities Act. Yes  No

© 2006. EDGAR Online, Inc.

000004

result of credit losses in certain investment securities secured by manufactured housing loans. These impairments were not indicative of a specific issue with our investments, but rather an overall deterioration in the manufactured housing loan market.

*Service Charges and Fees*

Service charges and fees increased 39% to $135.3 million in 2005 compared to $97.6 million in 2004. The 2005 increase was primarily due to increases in account service fees of $27.5 million in 2005. The increase in account service fees is due to an increase in account service fees charged from $25 to $40 per quarter, beginning the first quarter of 2005, for customers who did not meet certain criteria for balance and/or activity levels. Service charges and fees represent account service fees, advisory fees, servicing fee income and other customer service fees. Advisory fees increased by $5.2 million in 2005 compared to 2004 resulting from our acquisitions of investment advisory firms. Servicing rights impairment decreased $4.6 million due to lower impairment writedowns in 2005. This decrease resulted from the overall rise in interest rates during 2005.

29

© 2006. EDGAR Online, Inc.

Table of Contents

## SEGMENT RESULTS REVIEW

*Retail*

As shown in the following table, retail segment income increased 49% to $458.8 million in 2005 compared to 2004 (dollars in thousands, except for key metrics):

|  | Year Ended December 31, | | | Variance 2005 vs. 2004 | |
|---|---|---|---|---|---|
|  | 2005 | 2004 | 2003 | $Amount | % |
| Retail segment income: | | | | | |
| Commissions | $ 339,654 | $ 328,889 | $ 316,092 | $ 10,765 | 3 % |
| Gain on sales of loans and securities, net | 63,705 | 93,694 | 235,064 | (29,989) | (32)% |
| Service charges and fees | 116,102 | 84,445 | 104,531 | 31,657 | 37 % |
| Other revenues | 112,836 | 106,457 | 104,157 | 6,379 | 6 % |
| Net interest income | 445,124 | 322,278 | 133,970 | 122,846 | 38 % |
| Net segment revenues | 1,077,421 | 935,763 | 893,814 | 141,658 | 15 % |
| Total segment expenses | 618,664 | 628,146 | 769,318 | (9,482) | (2)% |
| Total retail segment income | $ 458,757 | $ 307,617 | $ 124,496 | $ 151,140 | 49 % |
| Key Metrics: | | | | | |
| DARTs | 97,740 | 83,643 | 77,052 | 14,097 | 17 % |
| Average commission per trade | $ 13.82 | $ 15.63 | $ 16.41 | $ (1.81) | (12)% |
| Average margin balance (in millions) | $ 2,767 | $ 2,048 | $ 1,219 | $ 719 | 35 % |
| Retail client assets (in billions) | $ 178.5 | $ 100.0 | $ 82.9 | $ 78.5 | 79 % |
| Products per customer | 2.1 | 1.9 | 1.7 | 0.2 | 11 % |

Our retail segment generates revenues and earnings through investing, trading, cash management and lending relationships with retail customers. These relationships drive essentially five sources of revenues including commissions, gain on sales of loans and securities, net, service charges and fees, other revenues and net interest income. This segment also includes results from our stock plan administration products and services, as we are ultimately servicing a retail customer through these corporate relationships. Our geographically dispersed retail accounts grew by 20% in 2005. A portion of this growth is attributable to our acquisitions of BrownCo and Harris *direct* during the fourth quarter of 2005. As of December 31, 2005, we had approximately 3.6 million active brokerage accounts and 0.7 million active banking accounts.

The increase in retail segment income in 2005 from 2004 was due to an increase in net revenue primarily driven by an increase in net interest income, offset by lower gains on sales of loans and securities, net. DARTs increased 17% in 2005 compared to 2004. While the increase in DARTs did not produce a corresponding increase in commission revenues, these customers did help drive the increase in cash deposits held in SDA accounts. Higher SDA and deposit balances translate into a lower cost of funds as deposits increase in comparison to other borrowings. Retail net interest income in 2005 increased $122.8 million compared to 2004. The increase was driven by an increase in both average interest-earning assets and the net interest spread earned. Growth in average margin balances continues to be strong for the retail segment, with average balances increasing 35%, to $2.8 billion in 2005 compared to $2.0 billion in 2004 including the impact of our acquisitions. Other key drivers of the increase in retail segment income were growth in the average balance of loans and deposits which increased 54% and 11%, respectively over last year. Service charges and fees increased by 37% in 2005 compared to 2004, primarily due to an increase in account service fees. Offsetting these positive variances were lower gains on the sale of loans and securities, net of $30.0 million due to the lower gains on the sale of mortgage loans and securities impairment.

The increase in retail segment income in 2004 from 2003 was due to an increase in net revenues and reduced expenses. Net revenue growth was largely driven by an increase in net interest income and, to a lesser

© 2006, EDGAR Online, Inc.

Exhibit "B"

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

# FORM 10-K

*(Mark One)*

☒ ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934 FOR THE FISCAL YEAR ENDED DECEMBER 31, 2004.

or

☐ TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934 FOR THE TRANSITION PERIOD FROM _____ TO _____.

**Commission file number 1-11921**

# E*TRADE Financial Corporation
(Exact name of registrant as specified in its charter)

| Delaware | 94-2844166 |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification Number) |

**135 East 57th Street, New York, New York 10022**
(Address of principal executive offices and zip code)

**(646) 521-4300**
(Registrant's telephone number, including area code)

Securities Registered Pursuant to Section 12(b) of the Act:
Title of each class
Common Stock—$0.01 par value
Securities Registered Pursuant to Section 12(g) of the Act:
None

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒    No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. ☒

Indicate by check mark whether the registrant is an accelerated filer (as defined in Rule 12b-2 of the Exchange Act). Yes ☒    No ☐

At June 30, 2004, the aggregate market value of voting stock, comprised of the registrant's common stock and shares exchangeable into common stock, held by nonaffiliates of the registrant was approximately $4.1 billion (based upon the closing price for shares of the registrant's common stock as reported by the New York Stock Exchange on that date). Shares of common stock held by each officer, director and holder of 5% or more of the outstanding common stock have been excluded in that such persons may be deemed to be affiliates. This determination of affiliate status is not necessarily a conclusive determination for other purposes.

At February 28, 2005, there were 369,337,130 shares of common stock and 1,302,801 shares exchangeable into common stock outstanding (the "Exchangeable Shares"). The Exchangeable Shares, which were issued by EGI Canada Corporation in connection with the acquisition of VERSUS Technologies, Inc. (renamed E*TRADE Technologies Corporation effective January 2, 2001), are exchangeable at any time into common stock on a one-for-one basis and entitle holders to dividend, voting and other rights equivalent to holders of the registrant's common stock.

**DOCUMENTS INCORPORATED BY REFERENCE**

Definitive Proxy Statement relating to the Company's Annual Meeting of Shareholders to be held May 26, 2005, to be filed hereafter (incorporated into Part III hereof).

Table of Contents

Index to Financial Statements

*Analysis of Brokerage and Banking Revenues*

*Brokerage Revenues*

Brokerage revenues contributed approximately 60% of our net revenues in 2004. Brokerage revenues increased 5% to $924.2 million in 2004 and 2% to $879.1 million in 2003 from the comparable prior year periods. The increases in 2004 and 2003 were largely due to increased commissions and principal transactions and increased brokerage interest income in 2004.

The following table sets forth the components of net brokerage revenues and dollar and percentage change information for the periods indicated (dollars in thousands):

|  | Year Ended December 31, | | | Variance | | | |
|---|---|---|---|---|---|---|---|
|  | | | | 2004 vs. 2003 | | 2003 vs. 2002 | |
|  | 2004 | 2003 | 2002 | $ Amount | % | $ Amount | % |
| Brokerage revenues: | | | | | | | |
| Commissions | $349,539 | $337,468 | $294,791 | $ 12,071 | 4 % | $ 42,677 | 14 % |
| Principal transactions | 252,162 | 229,846 | 223,531 | 22,316 | 10 % | 6,315 | 3 % |
| Other brokerage-related | 163,686 | 177,682 | 174,263 | (13,996) | (8)% | 3,419 | 2 % |
| Brokerage interest income | 177,362 | 144,379 | 182,103 | 32,983 | 23 % | (37,724) | (21)% |
| Brokerage interest expense | (18,524) | (10,305) | (12,515) | (8,219) | (80)% | 2,210 | 18 % |
| Net brokerage revenues | $924,225 | $879,070 | $862,173 | $ 45,155 | 5 % | $ 16,897 | 2 % |

The following table presents key drivers and additional indicators that we consider important in measuring performance and explaining brokerage revenues:

|  | Year Ended December 31, | | | Percentage Change | |
|---|---|---|---|---|---|
|  | | | | 2004 versus 2003 | 2003 versus 2002 |
|  | 2004 | 2003 | 2002 | | |
| Daily average revenue trades ("DART"s) | 129,285 | 119,260 | 87,464 | 8 % | 36 % |
| Average commission per revenue trade | $ 10.75 | $ 11.32 | $ 13.48 | (5)% | (16)% |
| Total brokerage revenue trades [1] | 32,515,292 | 29,814,930 | 21,866,047 | 9 % | 36 % |
| Active brokerage accounts, end of period [2] | 2,956,090 | 2,848,625 | 3,690,916 | 4 % | (23)% |
| Average (dollars in millions): | | | | | |
| Customer margin balances | $ 2,060 | $ 1,225 | $ 1,250 | 68 % | (2)% |
| Customer money market fund balances | $ 3,286 | $ 6,659 | $ 7,743 | (51)% | (14)% |
| SDA balances | $ 5,009 | $ 877 | $ — | 471 % | * |
| Stock borrow balances | $ 1,088 | $ 366 | $ 317 | 197 % | 15 % |
| Stock loan balances | $ 1,318 | $ 675 | $ 441 | 95 % | 53 % |
| Customer credit balances | $ 2,385 | $ 2,134 | $ 1,471 | 12 % | 45 % |

[1] Total brokerage revenue trades include domestic, international and professional revenue trades.

[2] We consider a brokerage account "active" if the account has an asset balance of at least $25 at the end of the quarter, if a trade has been made in the account in the past six months or if the account was opened in connection with a corporate employee stock benefit program.

Commissions are earned when customers execute trades. The primary factors that affect our commissions are DARTs and average commission per revenue trade. The average commission per revenue trade is impacted by the mix between and within our domestic, international and professional businesses. Each business has a different pricing structure, unique to its customer base, and as a result, a change in the executed trades between these businesses impacts average commission per revenue trade. Each business has different trade types (e.g. equities, options, fixed income and mutual funds) that can have different commission rates and as a result, changes in the mix of trade types within these businesses impact average commission per revenue trade. Our commission revenue does not include revenues from our brokerage institutional customers, which are included in

31

Exhibit "C"

# UNITED STATES

# SECURITIES AND EXCHANGE COMMISSION

Washington, D.C. 20549

# FORM 10-K

ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934 FOR THE FISCAL YEAR ENDED DECEMBER 31, 2002.

or

TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934 FOR THE TRANSITION PERIOD FROM _TO _.

Commission file number 1-11921

# E*TRADE Group, Inc.

(Exact name of registrant as specified in its charter)

| Delaware | 94-2844166 |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification Number) |

4500 Bohannon Drive, Menlo Park, CA 94025

(Address of principal executive offices and zip code)

(650) 331-6000

(Registrant's telephone number, including area code)

Securities Registered Pursuant to Section 12(b) of the Act:

Title of each class

Common Stock—$0.01 par value

Securities Registered Pursuant to Section 12(g) of the Act:

None

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes  No

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K.

2003. EDGAR Online, Inc.

Table of Contents

Index to Financial Statements

**RESULTS OF OPERATIONS**

*Key Performance Indicators*

The following tables set forth several key indicators used by management to measure our performance during the three years ended December 31, 2002, December 31, 2001 and September 30, 2000 (dollars in thousands, except cost per net new account, average assets per household and average commission per brokerage transactions):

|  | December 31, | | September 30, | Percentage Change | |
|---|---|---|---|---|---|
|  |  |  | 2000 | 2002 versus 2001 | 2001 versus 2000 |
|  | 2002 | 2001 |  |  |  |
| Active brokerage accounts (1)(2) | 3,690,916 | 3,511,941 | 3,027,362 | 5% | 16% |
| Active banking accounts (3) | 511,298 | 490,913 | 288,073 | 4% | 70% |
| Total active accounts | 4,202,214 | 4,002,854 | 3,315,435 | 5% | 21% |
| Assets in brokerage accounts (2) | $ 35,116,929 | $ 44,764,197 | $ 61,249,949 | (22)% | (27)% |
| Deposits in banking accounts | 8,400,333 | 8,082,859 | 4,630,068 | 4% | 75% |
| Total assets/deposits in customer accounts | $ 43,517,262 | $ 52,847,056 | $ 65,880,017 | (18)% | (20)% |
| Total customer households | 3,132,024 | 3,005,021 | Not Available | 4% | Not Available |
| Average assets per household | $ 13,894 | $ 17,586 | Not Available | (21)% | Not Available |
| Net new global brokerage accounts (1)(2) | 178,975 | 315,549 | 1,459,969 | (43)% | (78)% |
| Net new banking accounts (3) | 20,385 | 128,296 | 190,671 | (84)% | (33)% |
| Total new accounts | 199,360 | 443,845 | 1,650,640 | (55)% | (73)% |
| Cost per new account | $ 365 | $ 281 | $ 263 | 30% | 7% |
| Total brokerage transactions (2)(4)(5) | 22,152,137 | 28,231,162 | 42,560,692 | (22)% | (34)% |
| Daily average brokerage transactions (2)(4)(5) | 87,905 | 113,835 | 168,224 | (23)% | (32)% |
| Average commission per brokerage transactions (2)(5) | $ 12.78 | $ 13.38 | $ 15.88 | (4)% | (16)% |

(1) Brokerage accounts are considered active if the account has a positive asset balance, or if a trade has been made in the account in the past six months or if the account was opened in connection with a corporate employee stock benefit program. Customers may have separate or multiple accounts for each relationship they maintain with us, including separate or multiple brokerage and banking accounts.

(2) Brokerage account, transaction and asset data includes domestic and international information.

(3) Bank deposit accounts are considered active if a customer account has been initially funded and the account is not considered abandoned or dormant under applicable Federal and State laws, or the account has not been closed. Bank loan accounts are considered active if the Company holds the underlying obligation or owns marketing rights to the account or customer.

(4) For fiscal 2001, four fewer trading days are included as a result of the market closure following the events of September 11, 2001.

(5) Excludes transactions and associated revenues from professional trading related to our acquisition of E*TRADE Professional Trading, due to the lack of comparability of their commission structure.


2003, EDGAR Online, Inc.