COOLEY GODWARD KRONISH LLP
CHARLES M. SCHAIBLE (Bar No. 173107)
101 California Street, Fifth Floor
San Francisco, California 94111-5800
Telephone: 415.693.2000
Facsimile: 415.693.2222
cschiable@cooley.com

COOLEY GODWARD KRONISH LLP
DOUGLAS P. LOBEL (*pro hac vice*)
DAVID A. VOGEL (*pro hac vice*)
11951 Freedom Drive
Reston, Virginia 20910
Telephone: 703.456.8000
Facsimile: 703.456.8100
dlobel@cooley.com • dvogel@cooley.com

Attorneys for Defendant
*E*TRADE Securities LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSH MANGINI,<br><br>    Plaintiff,<br><br>v.<br><br>E*TRADE SECURITIES LLC,<br>a Delaware Limited Liability Company,<br><br>    Defendant. | Case No. C 07 5264 SI<br><br>**DEFENDANT'S REPLY IN SUPPORT OF ITS MOTION UNDER 28 U.S.C. § 1404 TO TRANSFER VENUE TO THE U.S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**<br><br>Date: January 25, 2008<br>Time: 9:00 a.m.<br>Place: Courtroom 10 |

    Defendant E*TRADE Securities LLC ("E*TRADE") and Plaintiff Josh Mangini ("Mangini") have reached an agreement concerning E*TRADE's Motion to Transfer the case to the Southern District of New York. The parties ask the Court first to resolve the pending Motion for Remand. E*TRADE withdraws its Motion to Transfer to the extent it seeks to transfer venue to the U.S. District Court for the Southern District of New York. If the Court does not grant Mangini's Motion to Remand and retains federal jurisdiction over the lawsuit, the parties jointly request that

REPLY RE MOTION TO TRANSFER

349947 v1/RE

1  the case be transferred to the U.S. District Court for the Southern District of California, where
2  Mangini resides, and where the case could have been brought.
3      E*TRADE further represents that counsel for Mangini has reviewed and approved this
4  Reply.

5  Dated: January 11, 2008                  COOLEY GODWARD KRONISH LLP

By: /s/ Douglas P. Lobel
Douglas P. Lobel (admitted *pro hac vice*)
David A. Vogel (admitted *pro hac vice*)
Charles M. Schaible (Bar No. 173107)

Attorneys for Defendant
*E*TRADE Securities LLC*