KABATECK BROWN KELLNER LLP
Richard L. Kellner, SBN 171416
 (rlk@kbklawyers.com)
Alfredo Torrijos, SBN 222458
 (at@kbklawyers.com)
644 South Figueroa Street
Los Angeles, California 90017
Tel: (213) 217-5000/Fax: (213) 217-5010

Attorneys for Plaintiff
Josh Mangini

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSH MANGINI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>E*TRADE SECURITIES L.L.C., a Delaware Limited Liability Company; and Does 1 through 250, inclusive,<br><br>Defendants. | No.  CV 07-05264-SI<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)** |

PLEASE TAKE NOTICE that Josh Mangini ("Plaintiff"), through his counsel of record, hereby voluntarily dismisses his claims, without prejudice, pursuant to Fed. R. Civ. Pro. 41(a)(1), as follows:

WHEREAS, this putative class action for breach of contract was filed in California Superior Court for the County of San Mateo on September 13, 2007;

WHEREAS, on October 16, 2007 defendant E*Trade Securities LLC ("Defendant") filed a Notice of Removal to federal court;

WHEREAS, on November 2, 2007 Defendant filed a Motion to Transfer this action to the U.S. District Court for the Southern District of New York;

WHEREAS, on November 16, 2007 Plaintiff filed a Motion to Remand this action to state court;

WHEREAS, on January 11, 2008 Defendant withdrew its Motion to Transfer this action to the U.S. District Court for the Southern District of New York;

WHEREAS, on January 24, 2008 Defendant advised Plaintiff's counsel that if Plaintiff dismissed the present action without prejudice and refiled the lawsuit in California Superior Court for the County of San Diego, Defendant would not remove that action to federal court;

WHEREAS, Plaintiff and his counsel have decided to voluntarily dismiss the individual claims of Plaintiff without prejudice;

WHEREAS, no defendant has answered or otherwise responded to Plaintiff's complaint and no defendant has filed a motion for summary judgment;

WHEREAS, under Federal rule of Civil Procedure 41(a)(1), Plaintiff is entitled to dismiss this action on his own initiative:

> Subject to the provisions of Rule 23(e), of Rule 66, and any statute of the United States, an action may be dismissed by the plaintiff without order of the court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment…

WHEREAS, this case involves putative class claims;

WHEREAS, the putative class has not been certified and Plaintiff has not filed a motion for class certification;

WHEREAS, Federal Rules of Civil Procedure, rule 23(e)(1)(A) is inapplicable to the instant dismissal as Rule 23(e) was amended in 2003 to resolve the ambiguity

in the former Rule 23(e)'s reference to dismissal of "a class action" *see* 2003 Advisory Committee Notes, and now provides:

> The court must approve any settlement, voluntary dismissal, or compromise of the claims, issues, or defenses of a *certified class*.

Fed. R. Civ. Pro. 23(e); *see e.g., Cook v. WMC Mortgage Corp.,* No. 06-535, 2006 WL 2873439, at *1 (S.D. Ill Oct. 5, 2006) (permitting voluntary dismissal of putative class action pursuant to Fed. R. Civ. Pro. 41(a)(1)(i) and discussing Rule 23 amendments);

WHEREAS, no prejudice to absent putative class members will result from dismissal of this action, because a class has not been certified and the dismissal will not affect their rights;

WHEREAS, Federal Rule of Civil Procedure 23(e)(1)(B) is inapplicable to the instant dismissal as none of the absent putative class members would be bound. Fed. R. Civ. Pro. 23(e)(1)(B); *see also* 2003 Advisory Committee Notes ("notice is not required when the settlement only binds the individual class representatives"); and

WHEREAS, no notice need be sent to absent putative class members, because a class has not been certified, the case is in its infancy, the case has not been widely publicized and no absent putative class member will be bound by the voluntary dismissal of Plaintiff's claims.

THEREFORE, Plaintiff hereby dismisses this action without prejudice.

Dated: January_24, 2008     KABATECK BROWN KELLNER LLP

By: _____/s/_____
ALFREDO TORRIJOS
Attorneys for Plaintiff Josh Mangini

3
**NOTICE OF VOLUNTARY DISMISSAL**
U.S.D.C., N.D. Cal., No. CV 07-05264-SI

**CERTIFICATION OF SERVICE**

I, Alfredo Torrijos, hereby certify that on January 24, 2008, I caused the foregoing document titled **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)** to be electronically filed and served upon the persons named below via the ECF system.

This document is available for review and downloading from the EFC system.

**Attorneys for Defendant E*Trade Securities LLC**

Charles Michael Schaible
COOLEY GODWARD KRONISH LLP
101 California Street
5th Floor
San Francisco, CA 94111-5800
(415) 693-2000

David A. Vogel
Douglas Paul Lobel
COOLEY GODWARD KRONISH, LLP
One Freedom Square
Reston Town Center
11951 Freedom Drive,
Reston, VA 20190-5656
(703) 456-8000

Dated: January 24, 2008     By:        / s/
                                ALFREDO TORRIJOS
                                KABATECK BROWN KELLNER LLP

                                *Counsel for Plaintiff and the proposed class*